# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| COHN, AVERN L | U.S. DISTRICT COURT-MICHIGAN | 04/30/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE-SENIOR | ☐ Nomination, Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2007 to 12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 219 FEDERAL BUILDING AND U.S. COURTHOUSE DETROIT, MICHIGAN 48226 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

2008 MAY 12 A 11: 08
RECEIVED
FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. BRISTOL MYERS SQUIBB | C | Dividend | M | T | | | | | |
| 2. INTEL CORP | C | Dividend | N | T | | | | | |
| 3. PROCTER & GAMBLE<br>(FORMERLY GILLETTE) | C | Dividend | M | T | | | | | |
| 4. ROYAL DUTCH PETROLEUM | D | Dividend | N | T | PART<br>DONATIO | 6/5 | K | | |
| 5. SCHLUMBERGER, LTD. | C | Dividend | N | T | PART<br>DONATIO | 6/5 | L | | |
| 6. SIGMA ALDRICH CORP. | B | Dividend | N | T | | | | | |
| 7. KIMBERLY CLARK | D | Dividend | M | T | | | | | |
| 8. WALT DISNEY CO. | B | Dividend | L | T | | | | | |
| 9. QUALCOMM INC | B | Dividend | M | T | | | | | |
| 10. GE | B | Dividend | L | T | | | | | |
| 11. AMERICAN EXPRESS CORP | A | Dividend | L | T | | | | | |
| 12. ORACLE CORP | | None | L | T | | | | | |
| 13. CITIGROUP INC. | D | Dividend | | | SALE | 11/7 | M | A | |
| 14. TIME WARNER INC | A | Dividend | L | T | | | | | |
| 15. BOEING | C | Dividend | M | T | | | | | |
| 16. ARCHER DANIELS MIDLAND | B | Dividend | M | T | | | | | |
| 17. RAYTHEON NEW | B | Dividend | M | T | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 | |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 19. EMC CORP MA | | None | L | T | | | | | |
| 20. MEDTRONIC, INC. | A | Dividend | | | SALE | 7/31 | L | D | |
| 21. PEPSICO | B | Dividend | L | T | | | | | |
| 22. LOCKHEED MARTIN | B | Dividend | M | T | | | | | |
| 23. GEMSTAR TV GUIDE INTL INC. | | None | J | T | | | | | |
| 24. JPMORGAN HIGH YIELD BOND FUND | E | Dividend | N | T | | | | | FORMERLY ONE GRP |
| 25. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | D | Dividend | N | T | | | | | |
| 26. ISHARES TR MSCI EAFE INX FD | C | Dividend | N | T | | | | | |
| 27. ISHARES TR S&P MIDCAP 400/BARRA VAL | C | Dividend | O | T | | | | | |
| 28. ISHARES S&P MIDCAP 400/BARRA GR IDX | C | Dividend | O | T | | | | | |
| 29. BAXTER INTL | C | Dividend | M | T | | | | | |
| 30. BAXTER INTL CORP UNIT 7% | A | Dividend | L | T | | | | | |
| 31. MICROSOFT CORP | A | Dividend | M | T | | | | | |
| 32. WASHINGTON MUTUAL INC | C | Dividend | | | SALE | 11/7 | K | A | |
| 33. WACHOVIA CORP | C | Dividend | L | T | | | | | |
| 34. AMGEN INC | | None | | | SALE | 7/31 | L | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. CUMMINS INC | A | Dividend | M | T | PART SALE | 11/7 | L | E | |
| 36. EMCOR GROUP INC. | | None | L | T | | | | | |
| 37. PRAXAIR INC | A | Dividend | L | T | | | | | |
| 38. LUBRIZOL INC | A | Dividend | | | DONATION | 8/2 | L | | |
| 39. YAHOO INC | | None | L | T | | | | | |
| 40. JPMORGAN JAPAN FUND SELECT | | None | | | SALE | 4/17 | M | A | |
| 41. ISHARES TR MSCI EMERGING MKTS INDX FUND | D | Dividend | O | T | | | | | |
| 42. ISHARES RUSSELL 2000 GROWTH INDX FUND | B | Dividend | N | T | | | | | |
| 43. CENTURYTEL INC | A | Dividend | | | DONATION | 6/5 | L | | |
| 44. CHUBB CORP | B | Dividend | L | T | | | | | |
| 45. DOMINION RES INC | B | Dividend | | | SALE | 7/31 | L | E | |
| 46. ANALOG DEVICES INC | A | Dividend | | | SALE | 7/31 | L | A | |
| 47. EBAY INC | | None | | | SALE | 4/17 | L | A | |
| 48. VERIZON COMMUNICATIONS | B | Dividend | L | T | | | | | |
| 49. AUTOMATIC DATA PROCESSING | B | Dividend | | | SALE | 7/31 | L | E | |
| 50. IBM | B | Dividend | L | T | | | | | |
| 51. WELLPOINT INC | | None | K | T | | | | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DUKE ENERGY CO | A | Dividend | | | SALE | 7/31 | K | B | |
| 53. CAPITAL ONE FINANCIAL | | None | | | SALE | 7/31 | J | A | |
| 54. ISHARES MCI JAPAN INDEX FUND | | None | | | SALE | 7/31 | M | A | |
| 55. ISHARES MSCI EX-JAPAN INDEX FD | C | Dividend | N | T | | | | | |
| 56. WYETH | A | Dividend | | | BUY | 4/17 | L | | |
| 57. WYETH | | None | | | SALE | 11/7 | K | A | |
| 58. DODGE & COX INTL FUND | B | Dividend | N | T | BUY | 4/20 | N | | |
| 59. JP MORGAN TAX AWARE REAL RET FD | D | Dividend | N | T | BUY | 5/2 | M | | |
| 60. ISHARES TR RUSSELL 1000 GROWTH INDX FD | B | Dividend | N | T | BUY | 8/3 | N | | |
| 61. T ROWE PRICE INTL FD | B | Dividend | N | T | BUY | 8/3 | N | | |
| 62. HARBOR INTL FD | D | Dividend | M | T | BUY | 10/3 | M | | |
| 63. JPMORGAN US LARGE CAP CORE SEL | D | Dividend | N | T | BUY | 11/14 | N | | |
| 64. JPMORGAN INTREPID EUROPEAN FUND | D | Dividend | N | T | BUY | 12/18 | K | | |
| 65. JPMORGAN MI MUN MONEY MKT FUND | D | Dividend | O | T | BUY | 1/20 | P1 | | FORMERLY ONE GROUP |
| 66. JPMORGAN MI MUN MONEY MKT FUND | | None | | | SALE | 12/15 | P1 | A | FORMERLY ONE GROUP |
| 67. BELLEVILLE NORTH VENTURE | G | Distribution | M | U | | | | | |
| 68. HUNTINGTON GARDEN APTS.-MI | E | Rent | L | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 70. HUNTINGTON GARDEN APTS. | F | Distribution | | | | | | | |
| 71. LANCASTER HILLS APTS. CO. | B | Interest | M | U | | | | | |
| 72. LANCASTER HILLS APTS. CO.-MI | G | Rent | | | | | | | |
| 73. LANCASTER HILLS APTS. CO. | F | Distribution | | | | | | | |
| 74. LONG LAKE-TELEGRAPH RD-MI. | D | Rent | J | U | | | | | |
| 75. LONG LAKE-TELEGRAPH RD. | C | Distribution | | | | | | | |
| 76. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 77. BLOOMFIELD VILLAGE SQUARE | A | Int | J | U | | | | | |
| 78. BLOOMFIELD VILLAGE SQUARE-MI | F | Rent | | | | | | | |
| 79. BLOOMFIELD VILLAGE SQUARE | F | Distribution | | | | | | | |
| 80. FERRIS PARK TOWERS-MI | E | Rent | M | U | | | | | |
| 81. FERRIS PARK TOWERS | C | Interest | | | | | | | |
| 82. FERRIS PARK TOWERS | E | Distribution | | | | | | | |
| 83. BELLEVILLE NORTH MARSH VENTURE-MI | A | Rent | L | U | | | | | |
| 84. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 85. DIXIE PROPERTIES-MI | F | Rent | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.  DIXIE PROPERTIES | F | Distribution | | | | | | | |
| 87.  BLOOMFIELD PLAZA, LLC-MI | G | Rent | | | | | | | |
| 88.  BLOOMFIELD PLAZA, LLC | D | Int | L | U | | | | | |
| 89.  BLOOMFIELD PLAZA, LLC | G | Distribution | | | | | | | |
| 90.  GGP LIMITED PARTNERSHIP-MULTI STATE | G | Rent | O | U | | | | | |
| 91.  GGP LIMITED PARTNERSHIP | E | Interest | | | | | | | |
| 92.  GGP LIMITED PARTNERSHIP | G | Dividend | | | | | | | |
| 93.  GGP LIMITED PARTNERSHIP | G | Distribution | | | | | | | |
| 94.  EATON NURSERY SALES-MI | E | Rent | K | U | | | | | |
| 95.  EATON NURSERY SALES | E | Distribution | | | | | | | |
| 96.  WOODFORD APT. HOTEL CO.-MI | C | Rent | K | U | | | | | |
| 97.  WOODFORD APT. HOTEL CO. | D | Distribution | | | | | | | |
| 98.  NORTH HILL CENTER, LLC-MI | F | Rent | M | U | | | | | |
| 99.  NORTH HILL CENTER, LLC | C | Dividend | | | | | | | |
| 100.  NORTH HILL CENTER, LLC. | E | Distribution | | | | | | | |
| 101.  BLOOMFIELD PLAZA II LLC | C | Interest | J | U | | | | | |
| 102.  BLOOMFIELD PLAZA II LLC-MI | F | Rent | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BLOOMFIELD PLAZA II LLC | F | Distribution | | | | | | | |
| 104. THE THING ABOUT MEN LTD PART | A | Interest | | | FINAL | 12/31 | J | A | |
| 105. GLOUCESTER MA GO | D | Interest | | | MATURED | 8/1 | M | A | |
| 106. ALMA, MI PUB SCHOOLS | C | Interest | | T | ,MATURED | 5/1 | M | A | |
| 107. YPSILANTI, MI | D | Interest | M | T | | | | | |
| 108. WHITE CLOUD, MI | D | Interest | | | MATURED | 4/1 | M | A | |
| 109. TECUMSEH, MI SCHOOLS | D | Interest | M | T | | | | | |
| 110. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 111. HURON MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 112. BAD AXE MI SCHOOLS | D | Interest | | | MATURED | 5/1 | M | A | |
| 113. DAVISON MI | D | Interest | M | T | | | | | |
| 114. MONA SHORES, MI | D | Interest | N | T | | | | | |
| 115. ROYAL OAK, MI | D | Interest | N | T | | | | | |
| 116. MICHIGAN MUN BOND AUTH | D | Interest | N | T | | | | | |
| 117. GENESEE COUNTY MI | D | Interest | N | T | | | | | |
| 118. KING COUNTY WA BOND | | None | M | T | BUY | 11/1 | M | | |
| 119. SAN ANTONIO TX BOND | | None | M | T | BUY | 11/16 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | ● =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. INDIANA TATE FIN AUTH BOND | | None | M | T | BUY | 11/20 | M | | |
| 121. REGIONAL TRANS DIST CO BOND | | None | M | T | BUY | 11/29 | M | | |
| 122. ANCHORAGE ALASKA BOND | | None | M | T | BUY | 10/15 | M | | |
| 123. WEST CLARK BOND | | None | M | T | BUY | 10/9 | M | | |
| 124. CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 125. ████ HOLDINGS: | | None | | | | | | | |
| 126. SSGA TAX-FREE MM FUND | C | Dividend | L | T | | | | | |
| 127. EXXON/MOBIL CORP | A | Dividend | K | T | | | | | |
| 128. GE | B | Dividend | K | T | | | | | |
| 129. INTEL CORP | B | Div | M | T | | | | | |
| 130. SCHERING PLOUGH | A | Div | J | T | | | | | |
| 131. MICROSOFT | A | None | | | SALE | 1/22 | K | A | |
| 132. IBM | A | Dividend | | | SALE | 5/4 | K | D | |
| 133. PFIZER | B | Dividend | K | T | | | | | |
| 134. PROCTER & GAMBLE | A | Dividend | L | T | | | | | |
| 135. HSBC HOLDINGS PLC | | None | | | SALE | 1/22 | K | B | |
| 136. CATERPILLAR | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. STARBUCKS CORP | | None | | | SALE | 2/27 | K | B | |
| 138. FEDEX | A | Dividend | K | T | | | | | |
| 139. ADOBE SYSTEMS INC | A | Dividend | | | SALE | 8/1 | L | D | |
| 140. AMERICAN EXPRESS CO | A | Dividend | K | T | | | | | |
| 141. APPLE COMPUTER | | None | K | T | PARTIAL SALE | 3/2 | K | C | |
| 142. COCA COLA | A | Dividend | L | T | BUY | 7/26 | L | | |
| 143. CONOCO PHILLIPS | A | Dividend | | | SALE | 7/26 | L | D | |
| 144. COSTCO WHOLESALE | A | Dividend | K | T | PARTIAL SALE | 7/26 | K | A | |
| 145. GENENTECH INC | | None | K | T | BUY | 7/26 | K | | |
| 146. GOOGLE INC-CL A | | None | K | T | | | | | |
| 147. JOHNSON & JOHNSON | A | Dividend | | | SALE | 5/7 | K | C | |
| 148. MCGRAW HILL | A | Dividend | | | SALE | 2/27 | K | A | |
| 149. OSKOSH TRUCK CORP CL B | A | Dividend | K | T | BUY | 7/26 | K | | |
| 150. UNITED TECHNOLOGIES | A | Dividend | | | SALE | 2/27 | K | B | |
| 151. ALLTEL CORP | A | Dividend | | | SALE | 2/16 | K | A | |
| 152. ARCHER DANIELS MIDLAND | A | Dividend | | | SALE | 7/26 | K | A | |
| 153. BELLSOUTH CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BHP LIMITED | | None | | | SALE | 1/4 | K | C | |
| 155. BURLINGTON NO SANTA FE | A | Dividend | K | T | PARTIAL SALE | 11/8 | J | A | |
| 156. CAMECO CORP | A | Dividend | J | T | | | | | |
| 157. CONEXANT SYSTEMS | | None | J | T | | | | | |
| 158. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 159. DOW CHEMICAL | A | Dividend | | | SALE | 7/26 | K | A | |
| 160. FPL GROUP | A | Dividend | | | SALE | 6/5 | K | D | |
| 161. GENERAL DYNAMICS | A | Dividend | | | SALE | 6/12 | K | D | |
| 162. GOLDMAN SACHS | A | Dividend | | | SALE | 11/5 | J | A | |
| 163. INCO LTD | | None | J | T | | | | | |
| 164. MARATHON OIL | A | Dividend | K | T | | | | | |
| 165. NESTLE | A | Dividend | L | T | | | | | |
| 166. ROCKWELL AUTOMTION | A | Dividend | K | T | | | | | |
| 167. S&P 500 DEP RECT | A | Dividend | | | SALE | 1/3 | O | D | |
| 168. ST JUDE MEDICAL | A | Dividend | | | SALE | 1/3 | K | A | |
| 169. SANOFI-ADVENTIS | A | Dividend | | | SALE | 2/13 | K | A | |
| 170. SARA LEE CORP | A | Dividend | | | SALE | 2/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SHERWIN WILLIAMS CO | A | Dividend | | | SALE | 2/13 | K | A | |
| 172. TOYOTA MOTOR | A | Dividend | | | SALE | 3/9 | K | C | |
| 173. VALERO ENERGY CORP | A | Dividend | | | SALE | 5/31 | J | A | |
| 174. WELLPOINT INC | A | Dividend | | | SALE | 5/31 | J | A | |
| 175. YAHOO INC | A | Dividend | | | SALE | 5/31 | J | A | |
| 176. SSGA US GOV M/M FUND | C | Dividend | L | T | | | | | |
| 177. MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 178. TIME WARNER INC | A | Dividend | | | SALE | 5/4 | J | A | |
| 179. WALT DISNEY | A | Dividend | | | SALE | 2/12 | K | D | |
| 180. PHELPS DODGE | A | Dividend | | | SALE | 1/22 | L | D | |
| 181. CHESAPEAKE ENERGY | A | Dividend | | | SALE | 3/1 | K | A | |
| 182. MOODYS CORP | A | Dividend | | | SALE | 6/27 | K | A | |
| 183. NOVARTIS AG | A | Dividend | | | SALE | 7/27 | K | A | |
| 184. DELL | | None | | | SALE | 6/12 | K | A | |
| 185. RESEARCH IN MOTION | A | Dividend | K | T | BUY | 3/22 | N | | |
| 186. RESEARCH IN MOTION | | None | | | PARTIAL SALE | 7/26 | N | A | |
| 187. MONSANTO | A | Dividend | K | T | PARTIAL SALE | 11/13 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. CONSOLIDATED EDISON | A | Dividend | | | SALE | 5/24 | K | A | |
| 189. RAYONAIR CORP | A | Dividend | | | SALE | 7/26 | K | B | |
| 190. VERASUN ENERGY | A | Dividend | | | SALE | 5/31 | K | A | |
| 191. AMERICAN EXPRESS | A | Dividend | | | SALE | 7/26 | K | B | |
| 192. GILEAD SCIENCE | A | Dividend | K | T | PARTIAL SALE | 3/7 | K | A | |
| 193. DIAGEO PLC | A | Dividend | K | T | PARTIAL SALE | 8/17 | K | A | |
| 194. OCCIDENTAL PETROLEUM | A | Dividend | | | SALE | 7/26 | K | C | |
| 195. WEATHERFORD INTL | A | Dividend | | | SALE | 1/4 | J | A | |
| 196. AMAZON.COM | A | Dividend | K | T | BUY | 7/26 | K | | |
| 197. MARATHON | A | Dividend | K | T | BUY | 7/26 | K | | |
| 198. SCHLUMBERGER | A | Dividend | K | T | BUY | 5/24 | K | | |
| 199. ABBOTT LABS | A | Dividend | K | T | BUY | 5/24 | K | | |
| 200. BERKSHIRE HATHAWAY | A | Distribution | K | T | BUY | 7/26 | K | | |
| 201. BECTON DICKINSON | A | Dividend | K | T | BUY | 5/24 | K | | |
| 202. STRYKER CORP | A | Dividend | K | T | BUY | 5/24 | K | | |
| 203. BOMBARDIER INC | A | Dividend | K | T | BUY | 5/31 | K | | |
| 204. DEERE & CO. | A | Dividend | K | T | BUY | 5/31 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. HARRIS CORP | A | Dividend | K | T | BUY | 5/31 | K | | |
| 206. NUCOR CORP | A | Dividend | K | T | BUY | 7/26 | K | | |
| 207. POTASH CORP | A | Dividend | K | T | BUY | 5/31 | K | | |
| 208. VODAFONE GRP | A | Dividend | K | T | BUY | 7/26 | K | | |
| 209. HOLOGIC INC | A | Dividend | K | T | BUY | 5/31 | K | | |
| 210. VCA ANNTECH | A | Dividend | K | T | BUY | 5/31 | K | | |
| 211. FERNDALE, MI SCHOOLS | B | Interest | | | MATURED | 5/1 | K | A | |
| 212. CONNECTICUT ST | D | Interest | M | T | | | | | |
| 213. SOUTH CAROLINA GO | | None | | | SALE | 2/16 | K | A | |
| 214. SOUTH CAROLINA GO | | None | | | SALE | 2/16 | L | A | |
| 215. SALT LAKE CITY UTAH | B | Interest | | | MATURED | 7/1 | K | A | |
| 216. PA STATE GO | C | Interest | L | T | | | | | |
| 217. PA STATE GO | D | Interest | M | T | | | | | |
| 218. OHIO STATE GO ULT | D | Interest | M | T | | | | | |
| 219. FL ST BD OF ED | D | Interest | M | T | | | | | |
| 220. NORTH CAROLINA GO | B | Interest | L | T | | | | | |
| 221. MI STATE GO | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MACOMB CNTY MI | B | Interest | | | MATURED | 11/1 | L | A | |
| 223. NORTH CAROLINA STATE BOND | | None | M | T | BUY | 11/6 | M | | |
| 224. GEORGIA STATE BOND | | None | M | T | BUY | 7/11 | M | | |
| 225. PA STATE BOND | | None | M | T | BUY | 6/4 | M | | |
| 226. UTAH STATE BOND | A | Interest | L | T | BUY | 3/2 | L | | |
| 227. GA STATE BOND | B | Interest | M | T | BUY | 5/10 | M | | |
| 228. ILL STATE BOND | C | Interest | M | T | BUY | 4/30 | M | | |
| 229. MI STATE GO BOND | C | Interest | M | T | BUY | 1/4 | M | | |
| 230. SOUTH CAROLINA STATE BOND | C | Interest | N | T | BUY | 1/4 | N | | |
| 231. MAINE STATE BOND | | None | L | T | BUY | 8/29 | L | | |
| 232. DELAWARE STATE BOND | A | Interest | L | T | BUY | 6/5 | L | | |
| 233. SOUTH CAROLINA STATE BOND | C | Interest | M | T | BUY | 1/11 | M | | |
| 234. TENESSEEE STATE BOND | | None | M | T | BUY | 11/6 | M | | |
| 235. NORTH CAROLINA STATE BOND | A | Interest | L | T | BUY | 6/28 | L | | |
| 236. VIRGINIA STATE BOND | | None | M | T | BUY | 11/7 | M | | |
| 237. TENESSEE STATE BOND | | None | M | T | BUY | 11/7 | M | | |
| 238. UTAH STATE BOND | | None | L | T | BUY | 11/6 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. US TREASURY BILLS | A | Interest | M | T | BUY | 1/14 | N | | |
| 240. US TREASURY BILLS | | None | | | PARTIAL MAT | 12/31 | M | A | |
| 241. US TREASURY NOTES | A | Interest | J | T | | | | | |
| 242. FHLB DISCOUNT NOTE | | None | K | T | BUY | 7/26 | K | | |
| 243. FFCB DISCOUNT NOTES | | None | P1 | T | BUY | 7/26 | P1 | | |
| 244. ARTSPACE, INC. | A | Distribution | M | U | | | | | |
| 245. ARTSPACE, INC | D | Dividend | | | | | | | |
| 246. WASHTENAW CO | B | Distribution | J | U | | | | | |
| 247. WASHTENAW CO.-MI | C | Rent | | | | | | | |
| 248. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 249. BROADWAY MALL PARTNERS | B | Distribution | | | FINAL | 12/31 | J | A | |
| 250. BROADWAY MALL PARTNERS | A | Interest | | | | | | | |
| 251. SOUTH PARK PARTNERS | G | Distribution | | | SALE | 12/31 | M | G | |
| 252. SOUTH PARK PARTNERS | A | Interest | | | | | | | |
| 253. MERCURY PAZA SHOPPING CENTER | A | Distribution | K | U | | | | | |
| 254. CG&A CENTRAL MALL | D | Distribution | K | U | | | | | |
| 255. CG&a CENTRAL MALL | A | Interest | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 257. LPC ENTERPRISES | | None | J | U | | | | | |
| 258. NEW MEXICO MALL PARTNERS | A | Interest | | | SALE | 12/31 | L | E | |
| 259. NEW MEXICO MALL PARTNERS | F | Distribution | | | | | | | |
| 260. WESTGATE BROCKTON PARTNERS | G | Distribution | | | SALE | 12/31 | L | F | |
| 261. WESTAGE BROCKTON PARTNERS | A | Interest | | | | | | | |
| 262. 206 E BROWN ST ASSOC-MI | A | Rent | | | | | | | |
| 263. 260 E BROWN ST ASSOC | C | Distribution | K | U | | | | | |
| 264. WESTLAND CENTER PARTNERS | G | Distribution | | | SALE | 12/31 | M | G | |
| 265. WESTLAND CENTER PARTNERS | A | Interest | | | | | | | |
| 266. THE THING ABOUT MEN | A | Interest | | | FINAL | 12/31 | J | A | |
| 267. TWENTY TWO TWENTY TWO, LLC | A | Interest | K | U | | | | | |
| 268. CGA&A CROSSROADS CENTER LP | A | Interest | K | U | | | | | |
| 269. CG&A CROSSROADS CENTER LLP | C | Distribution | | | | | | | |
| 270. PACIFIC FUND LP | A | Dividend | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

AVERN COHN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2007

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>COHN, AVERN L | 2. Court or Organization<br><br>U.S. DISTRICT COURT-MICHIGAN | 3. Date of Report<br><br>04/30/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT JUDGE-SENIOR | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☒ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>219 FEDERAL BUILDING<br>AND U.S. COURTHOUSE<br>DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BRISTOL MYERS SQUIBB | C | Dividend | M | T | | | | | |
| 2. INTEL CORP | C | Dividend | N | T | | | | | |
| 3. PROCTER & GAMBLE (FORMERLY GILLETTE) | C | Dividend | M | T | | | | | |
| 4. ROYAL DUTCH PETROLEUM | D | Dividend | N | T | PART DONATIO | 6/5 | K | | |
| 5. SCHLUMBERGER, LTD. | C | Dividend | N | T | PART DONATIO | 6/5 | L | | |
| 6. SIGMA ALDRICH CORP. | B | Dividend | N | T | | | | | |
| 7. KIMBERLY CLARK | D | Dividend | M | T | | | | | |
| 8. WALT DISNEY CO. | B | Dividend | L | T | | | | | |
| 9. QUALCOMM INC | B | Dividend | M | T | | | | | |
| 10. GE | B | Dividend | L | T | | | | | |
| 11. AMERICAN EXPRESS CORP | A | Dividend | L | T | | | | | |
| 12. ORACLE CORP | | None | L | T | | | | | |
| 13. CITIGROUP INC. | D | Dividend | | | SALE | 11/7 | M | A | |
| 14. TIME WARNER INC | A | Dividend | L | T | | | | | |
| 15. BOEING | C | Dividend | M | T | | | | | |
| 16. ARCHER DANIELS MIDLAND | B | Dividend | M | T | | | | | |
| 17. RAYTHEON NEW | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. JOHNSON & JOHNSON | B | Dividend | L | T | | | | | |
| 19. EMC CORP MA | | None | L | T | | | | | |
| 20. MEDTRONIC, INC. | A | Dividend | | | SALE | 7/31 | L | D | |
| 21. PEPSICO | B | Dividend | L | T | | | | | |
| 22. LOCKHEED MARTIN | B | Dividend | M | T | | | | | |
| 23. GEMSTAR TV GUIDE INTL INC. | | None | J | T | | | | | |
| 24. JPMORGAN HIGH YIELD BOND FUND | E | Dividend | N | T | | | | | FORMERLY ONE GRP |
| 25. ISHARES TR RUSSELL 2000 VALUE INDEX FUND | D | Dividend | N | T | | | | | |
| 26. ISHARES TR MSCI EAFE INX FD | C | Dividend | N | T | | | | | |
| 27. ISHARES TR S&P MIDCAP 400/BARRA VAL | C | Dividend | O | T | | | | | |
| 28. ISHARES S&P MIDCAP 400/BARRA GR IDX | C | Dividend | O | T | | | | | |
| 29. BAXTER INTL | C | Dividend | M | T | | | | | |
| 30. BAXTER INTL CORP UNIT 7% | A | Dividend | L | T | | | | | |
| 31. MICROSOFT CORP | A | Dividend | M | T | | | | | |
| 32. WASHINGTON MUTUAL INC | C | Dividend | | | SALE | 11/7 | K | A | |
| 33. WACHOVIA CORP | C | Dividend | L | T | | | | | |
| 34. AMGEN INC | | None | | | SALE | 7/31 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,00'- $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CUMMINS INC | A | Dividend | M | T | PART SALE | 11/7 | L | E | |
| 36. EMCOR GROUP INC. | | None | L | T | | | | | |
| 37. PRAXAIR INC | A | Dividend | L | T | | | | | |
| 38. LUBRIZOL INC | A | Dividend | | | DONATION | 8/2 | L | | |
| 39. YAHOO INC | | None | L | T | | | | | |
| 40. JPMORGAN JAPAN FUND SELECT | | None | | | SALE | 4/17 | M | A | |
| 41. ISHARES TR MSCI EMERGING MKTS INDX FUND | D | Dividend | O | T | | | | | |
| 42. ISHARES RUSSELL 2000 GROWTH INDX FUND | B | Dividend | N | T | | | | | |
| 43. CENTURYTEL INC | A | Dividend | | | DONATION | 6/5 | L | | |
| 44. CHUBB CORP | B | Dividend | L | T | | | | | |
| 45. DOMINION RES INC | B | Dividend | | | SALE | 7/31 | L | E | |
| 46. ANALOG DEVICES INC | A | Dividend | | | SALE | 7/31 | L | A | |
| 47. EBAY INC | | None | | | SALE | 4/17 | L | A | |
| 48. VERIZON COMMUNICATIONS | B | Dividend | L | T | | | | | |
| 49. AUTOMATIC DATA PROCESSING | B | Dividend | | | SALE | 7/31 | L | E | |
| 50. IBM | B | Dividend | L | T | | | | | |
| 51. WELLPOINT INC | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. DUKE ENERGY CO | A | Dividend | | | SALE | 7/31 | K | B | |
| 53. CAPITAL ONE FINANCIAL | | None | | | SALE | 7/31 | J | A | |
| 54. ISHARES MCI JAPAN INDEX FUND | | None | | | SALE | 7/31 | M | A | |
| 55. ISHARES MSCI EX-JAPAN INDEX FD | C | Dividend | N | T | | | | | |
| 56. WYETH | A | Dividend | | | BUY | 4/17 | L | | |
| 57. WYETH | | None | | | SALE | 11/7 | K | A | |
| 58. DODGE & COX INTL FUND | B | Dividend | N | T | BUY | 4/20 | N | | |
| 59. JP MORGAN TAX AWARE REAL RET FD | D | Dividend | N | T | BUY | 5/2 | M | | |
| 60. ISHARES TR RUSSELL 1000 GROWTH INDX FD | B | Dividend | N | T | BUY | 8/3 | N | | |
| 61. T ROWE PRICE INTL FD | B | Dividend | N | T | BUY | 8/3 | N | | |
| 62. HARBOR INTL FD | D | Dividend | M | T | BUY | 10/3 | M | | |
| 63. JPMORGAN US LARGE CAP CORE SEL | D | Dividend | N | T | BUY | 11/14 | N | | |
| 64. JPMORGAN INTREPID EUROPEAN FUND | D | Dividend | N | T | BUY | 12/18 | K | | |
| 65. JPMORGAN MI MUN MONEY MKT FUND | D | Dividend | O | T | BUY | 1/20 | P1 | | FORMERLY ONE GROUP |
| 66. JPMORGAN MI MUN MONEY MKT FUND | | None | | | SALE | 12/15 | P1 | A | FORMERLY ONE GROUP |
| 67. BELLEVILLE NORTH VENTURE | G | Distribution | M | U | | | | | |
| 68. HUNTINGTON GARDEN APTS.-MI | E | Rent | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. HUNTINGTON GARDEN APTS. | A | Interest | | | | | | | |
| 70. HUNTINGTON GARDEN APTS. | F | Distribution | | | | | | | |
| 71. LANCASTER HILLS APTS. CO. | B | Interest | M | U | | | | | |
| 72. LANCASTER HILLS APTS. CO.-MI | G | Rent | | | | | | | |
| 73. LANCASTER HILLS APTS. CO. | F | Distribution | | | | | | | |
| 74. LONG LAKE-TELEGRAPH RD-MI. | D | Rent | J | U | | | | | |
| 75. LONG LAKE-TELEGRAPH RD. | C | Distribution | | | | | | | |
| 76. FRANKEL-NODLEHS | | None | K | U | | | | | |
| 77. BLOOMFIELD VILLAGE SQUARE | A | Int | J | U | | | | | |
| 78. BLOOMFIELD VILLAGE SQUARE-MI | F | Rent | | | | | | | |
| 79. BLOOMFIELD VILLAGE SQUARE | F | Distribution | | | | | | | |
| 80. FERRIS PARK TOWERS-MI | E | Rent | M | U | | | | | |
| 81. FERRIS PARK TOWERS | C | Interest | | | | | | | |
| 82. FERRIS PARK TOWERS | E | Distribution | | | | | | | |
| 83. BELLEVILLE NORTH MARSH VENTURE-MI | A | Rent | L | U | | | | | |
| 84. DIXIE PROPERTIES | A | Interest | M | U | | | | | |
| 85. DIXIE PROPERTIES-MI | F | Rent | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $150,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DIXIE PROPERTIES | F | Distribution | | | | | | | |
| 87. BLOOMFIELD PLAZA, LLC-MI | G | Rent | | | | | | | |
| 88. BLOOMFIELD PLAZA, LLC | D | Int | L | U | | | | | |
| 89. BLOOMFIELD PLAZA, LLC | G | Distribution | | | | | | | |
| 90. GGP LIMITED PARTNERSHIP-MULTI STATE | G | Rent | O | U | | | | | |
| 91. GGP LIMITED PARTNERSHIP | E | Interest | | | | | | | |
| 92. GGP LIMITED PARTNERSHIP | G | Dividend | | | | | | | |
| 93. GGP LIMITED PARTNERSHIP | G | Distribution | | | | | | | |
| 94. EATON NURSERY SALES-MI | E | Rent | K | U | | | | | |
| 95. EATON NURSERY SALES | E | Distribution | | | | | | | |
| 96. WOODFORD APT. HOTEL CO.-MI | C | Rent | K | U | | | | | |
| 97. WOODFORD APT. HOTEL CO. | D | Distribution | | | | | | | |
| 98. NORTH HILL CENTER, LLC-MI | F | Rent | M | U | | | | | |
| 99. NORTH HILL CENTER, LLC | C | Dividend | | | | | | | |
| 100. NORTH HILL CENTER, LLC. | E | Distribution | | | | | | | |
| 101. BLOOMFIELD PLAZA II LLC | C | Interest | J | U | | | | | |
| 102. BLOOMFIELD PLAZA II LLC-MI | F | Rent | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. BLOOMFIELD PLAZA II LLC | F | Distribution | | | | | | | |
| 104. THE THING ABOUT MEN LTD PART | A | Interest | | | FINAL | 12/31 | J | A | |
| 105. GLOUCESTER MA GO | D | Interest | | | MATURED | 8/1 | M | A | |
| 106. ALMA, MI PUB SCHOOLS | C | Interest | | T | ,MATURED | 5/1 | M | A | |
| 107. YPSILANTI, MI | D | Interest | M | T | | | | | |
| 108. WHITE CLOUD, MI | D | Interest | | | MATURED | 4/1 | M | A | |
| 109. TECUMSEH, MI SCHOOLS | D | Interest | M | T | | | | | |
| 110. MANISTEE MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 111. HURON MI SCHOOLS BOND | D | Interest | N | T | | | | | |
| 112. BAD AXE MI SCHOOLS | D | Interest | | | MATURED | 5/1 | M | A | |
| 113. DAVISON MI | D | Interest | M | T | | | | | |
| 114. MONA SHORES, MI | D | Interest | N | T | | | | | |
| 115. ROYAL OAK, MI | D | Interest | N | T | | | | | |
| 116. MICHIGAN MUN BOND AUTH | D | Interest | N | T | | | | | |
| 117. GENESEEE COUNTY MI | D | Interest | N | T | | | | | |
| 118. KING COUNTY WA BOND | | None | M | T | BUY | 11/1 | M | | |
| 119. SAN ANTONIO TX BOND | | None | M | T | BUY | 11/16 | M | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120.  INDIANATATE FIN AUTH BOND | | None | M | T | BUY | 11/20 | M | | |
| 121.  REGIONAL TRANS DIST CO BOND | | None | M | T | BUY | 11/29 | M | | |
| 122.  ANCHORAGE ALASKA BOND | | None | M | T | BUY | 10/15 | M | | |
| 123.  WEST CLARK BOND | | None | M | T | BUY | 10/9 | M | | |
| 124.  CONDOMINIUM-CHARLEVOIX,MI. | | None | M | W | | | | | |
| 125.  ████████HOLDINGS: | | None | | | | | | | |
| 126.  SSGA TAX-FREE MM FUND | C | Dividend | L | T | | | | | |
| 127.  EXXON/MOBIL CORP | A | Dividend | K | T | | | | | |
| 128.  GE | B | Dividend | K | T | | | | | |
| 129.  INTEL CORP | B | Div | M | T | | | | | |
| 130.  SCHERING PLOUGH | A | Div | J | T | | | | | |
| 131.  MICROSOFT | A | None | | | SALE | 1/22 | K | A | |
| 132.  IBM | A | Dividend | | | SALE | 5/4 | K | D | |
| 133.  PFIZER | B | Dividend | K | T | | | | | |
| 134.  PROCTER & GAMBLE | A | Dividend | L | T | | | | | |
| 135.  HSBC HOLDINGS PLC | | None | | | SALE | 1/22 | K | B | |
| 136.  CATERPILLAR | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. STARBUCKS CORP | | None | | | SALE | 2/27 | K | B | |
| 138. FEDEX | A | Dividend | K | T | | | | | |
| 139. ADOBE SYSTEMS INC | A | Dividend | | | SALE | 8/1 | L | D | |
| 140. AMERICAN EXPRESS CO | A | Dividend | K | T | | | | | |
| 141. APPLE COMPUTER | | None | K | T | PARTIAL SALE | 3/2 | K | C | |
| 142. COCA COLA | A | Dividend | L | T | BUY | 7/26 | L | | |
| 143. CONOCO PHILLIPS | A | Dividend | | | SALE | 7/26 | L | D | |
| 144. COSTCO WHOLESALE | A | Dividend | K | T | PARTIAL SALE | 7/26 | K | A | |
| 145. GENENTECH INC | | None | K | T | BUY | 7/26 | K | | |
| 146. GOOGLE INC-CL A | | None | K | T | | | | | |
| 147. JOHNSON & JOHNSON | A | Dividend | | | SALE | 5/7 | K | C | |
| 148. MCGRAW HILL | A | Dividend | | | SALE | 2/27 | K | A | |
| 149. OSKOSH TRUCK CORP CL B | A | Dividend | K | T | BUY | 7/26 | K | | |
| 150. UNITED TECHNOLOGIES | A | Dividend | | | SALE | 2/27 | K | B | |
| 151. ALLTEL CORP | A | Dividend | | | SALE | 2/16 | K | A | |
| 152. ARCHER DANIELS MIDLAND | A | Dividend | | | SALE | 7/26 | K | A | |
| 153. BELLSOUTH CORP | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. BHP LIMITED | | None | | | SALE | 1/4 | K | C | |
| 155. BURLINGTON NO SANTA FE | A | Dividend | K | T | PARTIAL SALE | 11/8 | J | A | |
| 156. CAMECO CORP | A | Dividend | J | T | | | | | |
| 157. CONEXANT SYSTEMS | | None | J | T | | | | | |
| 158. DEVON ENERGY | A | Dividend | K | T | | | | | |
| 159. DOW CHEMICAL | A | Dividend | | | SALE | 7/26 | K | A | |
| 160. FPL GROUP | A | Dividend | | | SALE | 6/5 | K | D | |
| 161. GENERAL DYNAMICS | A | Dividend | | | SALE | 6/12 | K | D | |
| 162. GOLDMAN SACHS | A | Dividend | | | SALE | 11/5 | J | A | |
| 163. INCO LTD | | None | J | T | | | | | |
| 164. MARATHON OIL | A | Dividend | K | T | | | | | |
| 165. NESTLE | A | Dividend | L | T | | | | | |
| 166. ROCKWELL AUTOMTION | A | Dividend | K | T | | | | | |
| 167. S&P 500 DEP RECT | A | Dividend | | | SALE | 1/3 | O | D | |
| 168. ST JUDE MEDICAL | A | Dividend | | | SALE | 1/3 | K | A | |
| 169. SANOFI-ADVENTIS | A | Dividend | | | SALE | 2/13 | K | A | |
| 170. SARA LEE CORP | A | Dividend | | | SALE | 2/13 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. SHERWIN WILLIAMS CO | A | Dividend | | | SALE | 2/13 | K | A | |
| 172. TOYOTA MOTOR | A | Dividend | | | SALE | 3/9 | K | C | |
| 173. VALERO ENERGY CORP | A | Dividend | | | SALE | 5/31 | J | A | |
| 174. WELLPOINT INC | A | Dividend | | | SALE | 5/31 | J | A | |
| 175. YAHOO INC | A | Dividend | | | SALE | 5/31 | J | A | |
| 176. SSGA US GOV M/M FUND | C | Dividend | L | T | | | | | |
| 177. MCDONALDS CORP | A | Dividend | K | T | | | | | |
| 178. MCCLATCHY CO. | A | Dividend | J | T | | | | | |
| 179. TIME WARNER INC | A | Dividend | | | SALE | 5/4 | J | A | |
| 180. WALT DISNEY | A | Dividend | | | SALE | 2/12 | K | D | |
| 181. PHELPS DODGE | A | Dividend | | | SALE | 1/22 | L | D | |
| 182. CHESAPEAKE ENERGY | A | Dividend | | | SALE | 3/1 | K | A | |
| 183. MOODYS CORP | A | Dividend | | | SALE | 6/27 | K | A | |
| 184. NOVARTIS AG | A | Dividend | | | SALE | 7/27 | K | A | |
| 185. DELL | | None | | | SALE | 6/12 | K | A | |
| 186. RESEARCH IN MOTION | A | Dividend | K | T | BUY | 3/22 | N | | |
| 187. RESEARCH IN MOTION | | None | | | PARTIAL SALE | 7/26 | N | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. MONSANTO | A | Dividend | K | T | PARTIAL SALE | 11/13 | K | C | |
| 189. CONSOLIDATED EDISON | A | Dividend | | | SALE | 5/24 | K | A | |
| 190. RAYONAIR CORP | A | Dividend | | | SALE | 7/26 | K | B | |
| 191. VERASUN ENERGY | A | Dividend | | | SALE | 5/31 | K | A | |
| 192. AMERICAN EXPRESS | A | Dividend | | | SALE | 7/26 | K | B | |
| 193. GILEAD SCIENCE | A | Dividend | K | T | PARTIAL SALE | 3/7 | K | A | |
| 194. DIAGEO PLC | A | Dividend | K | T | PARTIAL SALE | 8/17 | K | A | |
| 195. OCCIDENTAL PETROLEUM | A | Dividend | | | SALE | 7/26 | K | C | |
| 196. WEATHERFORD INTL | A | Dividend | | | SALE | 1/4 | J | A | |
| 197. AMAZON.COM | A | Dividend | K | T | BUY | 7/26 | K | | |
| 198. MARATHON | A | Dividend | K | T | BUY | 7/26 | K | | |
| 199. SCHLUMBERGER | A | Dividend | K | T | BUY | 5/24 | K | | |
| 200. ABBOTT LABS | A | Dividend | K | T | BUY | 5/24 | K | | |
| 201. BERKSHIRE HATHAWAY | A | Distribution | K | T | BUY | 7/26 | K | | |
| 202. BECTON DICKINSON | A | Dividend | K | T | BUY | 5/24 | K | | |
| 203. STRYKER CORP | A | Dividend | K | T | BUY | 5/24 | K | | |
| 204. BOMBARDIER INC | A | Dividend | K | T | BUY | 5/31 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. DEERE & CO. | A | Dividend | K | T | BUY | 5/31 | K | | |
| 206. HARRIS CORP | A | Dividend | K | T | BUY | 5/31 | K | | |
| 207. NUCOR CORP | A | Dividend | K | T | BUY | 7/26 | K | | |
| 208. POTASH CORP | A | Dividend | K | T | BUY | 5/31 | K | | |
| 209. VODAFONE GRP | A | Dividend | K | T | BUY | 7/26 | K | | |
| 210. HOLOGIC INC | A | Dividend | K | T | BUY | 5/31 | K | | |
| 211. VCA ANNTECH | A | Dividend | K | T | BUY | 5/31 | K | | |
| 212. FERNDALE, MI SCHOOLS | B | Interest | | | MATURED | 5/1 | K | A | |
| 213. CONNECTICUT ST | D | Interest | M | T | | | | | |
| 214. SOUTH CAROLINA GO | | None | | | SALE | 2/16 | K | A | |
| 215. SOUTH CAROLINA GO | | None | | | SALE | 2/16 | L | A | |
| 216. SALT LAKE CITY UTAH | B | Interest | | | MATURED | 7/1 | K | A | |
| 217. PA STATE GO | C | Interest | L | T | | | | | |
| 218. PA STATE GO | D | Interest | M | T | | | | | |
| 219. OHIO STATE GO ULT | D | Interest | M | T | | | | | |
| 220. FL ST BD OF ED | D | Interest | M | T | | | | | |
| 221. NORTH CAROLINA GO | B | Interest | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. MI STATE GO | D | Interest | M | T | | | | | |
| 223. MACOMB CNTY MI | B | Interest | | | MATURED | 11/1 | L | A | |
| 224. NORTH CAROLINA STATE BOND | | None | M | T | BUY | 11/6 | M | | |
| 225. GEORGIA STATE BOND | | None | M | T | BUY | 7/11 | M | | |
| 226. PA STATE BOND | | None | M | T | BUY | 6/4 | M | | |
| 227. UTAH STATE BOND | A | Interest | L | T | BUY | 3/2 | L | | |
| 228. GA STATE BOND | B | Interest | M | T | BUY | 5/10 | M | | |
| 229. ILL STATE BOND | C | Interest | M | T | BUY | 4/30 | M | | |
| 230. MI STATE GO BOND | C | Interest | M | T | BUY | 1/4 | M | | |
| 231. SOUTH CAROLINA STATE BOND | C | Interest | N | T | BUY | 1/4 | N | | |
| 232. MAINE STATE BOND | | None | L | T | BUY | 8/29 | L | | |
| 233. DELAWARE STATE BOND | A | Interest | L | T | BUY | 6/5 | L | | |
| 234. SOUTH CAROLINA STATE BOND | C | Interest | M | T | BUY | 1/11 | M | | |
| 235. TENESSEEE STATE BOND | | None | M | T | BUY | 11/6 | M | | |
| 236. NORTH CAROLINA STATE BOND | A | Interest | L | T | BUY | 6/28 | L | | |
| 237. VIRGINIA STATE BOND | | None | M | T | BUY | 11/7 | M | | |
| 238. TENESSEE STATE BOND | | None | M | T | BUY | 11/7 | M | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. UTAH STATE BOND | | None | L | T | BUY | 11/6 | L | | |
| 240. US TREASURY BILLS | A | Interest | M | T | BUY | 1/14 | N | | |
| 241. US TREASURY BILLS | | None | | | PARTIAL MAT | 12/31 | M | A | |
| 242. US TREASURY NOTES | A | Interest | J | T | | | | | |
| 243. FHLB DISCOUNT NOTE | | None | K | T | BUY | 7/26 | K | | |
| 244. FFCB DISCOUNT NOTES | | None | P1 | T | BUY | 7/26 | P1 | | |
| 245. ARTSPACE, INC. | A | Distribution | M | U | | | | | |
| 246. ARTSPACE, INC | D | Dividend | | | | | | | |
| 247. WASHTENAW CO | B | Distribution | J | U | | | | | |
| 248. WASHTENAW CO.-MI | C | Rent | | | | | | | |
| 249. COMMERCE CENTER BLDG | | None | J | U | | | | | |
| 250. BROADWAY MALL PARTNERS | B | Distribution | | | FINAL | 12/31 | J | A | |
| 251. BROADWAY MALL PARTNERS | A | Interest | | | | | | | |
| 252. SOUTH PARK PARTNERS | G | Distribution | | | SALE | 12/31 | M | G | |
| 253. SOUTH PARK PARTNERS | A | Interest | | | | | | | |
| 254. MERCURY PAZA SHOPPING CENTER | A | Distribution | K | U | | | | | |
| 255. CG&A CENTRAL MALL | D | Distribution | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256.  CG&a CENTRAL MALL | A | Interest | | | | | | | |
| 257.  LPC INVESTMENTS, LLC | F | Interest | P1 | U | | | | | |
| 258.  LPC ENTERPRISES | | None | J | U | | | | | |
| 259.  NEW MEXICO MALL PARTNERS | A | Interest | | | SALE | 12/31 | L | E | |
| 260.  NEW MEXICO MALL PARTNERS | F | Distribution | | | | | | | |
| 261.  WESTGATE BROCKTON PARTNERS | G | Distribution | | | SALE | 12/31 | L | F | |
| 262.  WESTAGE BROCKTON PARTNERS | A | Interest | | | | | | | |
| 263.  206 E BROWN ST ASSOC-MI | A | Rent | | | | | | | |
| 264.  260 E BROWN ST ASSOC | C | Distribution | K | U | | | | | |
| 265.  WESTLAND CENTER PARTNERS | G | Distribution | | | SALE | 12/31 | M | G | |
| 266.  WESTLAND CENTER PARTNERS | A | Interest | | | | | | | |
| 267.  THE THING ABOUT MEN | A | Interest | | | FINAL | 12/31 | J | A | |
| 268.  TWENTY TWO TWENTY TWO, LLC | A | Interest | K | U | | | | | |
| 269.  CGA&A CROSSROADS CENTER LP | A | Interest | K | U | | | | | |
| 270.  CG&A CROSSROADS CENTER LLP | C | Distribution | | | | | | | |
| 271.  PACIFIC FUND LP | A | Dividend | L | U | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| COHN, AVERN L | 04/30/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

AVERN COHN

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

## FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544